1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   ROBERT N. MICHAELS (PABN 200918)
5  Special Assistant United States Attorney

6       Defense Language Institute – Criminal Law
        1336 Plummer Street, Building 275
7       Monterey, CA  93944
        Telephone: (831) 242-4537
8
   Attorneys for Plaintiff

E-FILING     Filed
MAY  9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

CR-08 00316   RS

UNITED STATES OF AMERICA,           )   Criminal No.:
                                    )
        Plaintiff,                  )   VIOLATIONS: 18 U.S.C. §13, assimilating
                                    )   California Vehicle Code §14601.2(a) –
    vs.                             )   Driving When Privilege Suspended or
                                    )   Revoked for DUI.
JUAN GUZMAN,                        )
                                    )
        Defendant.                  )
                                    )

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §14601.2 (a) – Driving When Privilege Suspended or Revoked for DUI)

On or about 23 March 2008, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

JUAN GUZMAN,

1. did unlawfully drive a motor vehicle at a time when his driving privilege was suspended or
2. revoked for a conviction of a violation of California Vehicle Code section 23152(a), and when he
3. had knowledge of said suspension. This was in violation of Title 18 United States Code, Section
4. 13 Assimilating California Vehicle Code 14601.2(a), a Class B misdemeanor.

5. DATED: *May 8, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: *[signature]*
CPT Robert N. Michaels
SAUSA

INFORMATION
United States of America v. Juan Guzman

| AO 257 (Rev. 9/92) | | E-FILING | | PER 18 U.S.C 3170 |
|---|---|---|---|---|

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

**CR-08-00316 RS**

**OFFENSE CHARGED**
See Attached

FILED MAY

RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CA
SAN JOSE

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: See attached sheet

**DEFENDANT -- U.S. vs.**
JUAN GUZMAN

Address: 509 N. 2nd St., King City, CA 93930

Birth Date: [blank]

☑ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): [blank]

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶ [blank]
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes," give date filed: Mo. __ Day __ Year __

DATE OF ARREST ▶ [blank]
Or . . . if Arresting Agency & Warrant were not Federal
Mo. __ Day __ Year __

DATE TRANSFERRED TO U.S. CUSTODY ▶ [blank]

---

Name and Office of Person Furnishing Information on
THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Lloyd on 4 August 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

# ATTACHMENT TO PENALTY SHEET
# U.S. v. GUZMAN

**COUNT ONE**: 18 U.S.C., Sec. 13, assimilating CVC 14601.2(A) – Driving while suspended or revoked for DUI.

    Penalties:    Mandatory Minimum:
        10 days imprisonment in county jail.
        $300 fine

        Maximum Penalties:
        6 months imprisonment in county jail.
        $1,000 fine